**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMRAM AHARONI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENZYMOTEC LTD., ARIEL KATZ, OREN BRYAN, JACOB (YAACOV) BACHAR, NIR BELZER, YOAV DOPPELT, STEVE DUBIN, DOV PEKELMAN, YOSSI PELED, MICHAL SILVERBERG, JOSEPH TENNE, IMANUEL WASSERMAN, YOSSI OHANA, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, JEFFERIES LLC, CANACCORD GENUITY INC., WEDBUSH SECURITIES INC. and WELLS FARGO SECURITIES, LLC,<br><br>Defendants. | Civil Action No.: 2:14-cv-05556-FSH-MAH |
| DENNIS W. MOOREFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENZYMOTEC LTD., ARIEL KATZ, OREN BRYAN, JACOB (YAACOV) BACHAR, NIR BELZER, YOAV DOPPELT, STEVE DUBIN, DOV PEKELMAN, YOSSI PELED, MICHAL SILVERBERG, JOSEPH TENNE, IMANUEL WASSERMAN, YOSSI OHANA, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, JEFFERIES LLC, CANACCORD GENUITY INC., WEDBUSH SECURITIES INC. and WELLS FARGO SECURITIES, LLC,<br><br>Defendants. | Civil Action No. 2:14-cv-06075-FSH-JBC |

## [PROPOSED] ORDER APPOINTING THE ENZYMOTEC INVESTOR GROUP AS CO-LEAD PLAINTIFFS, APPROVING THEIR SELECTION OF COUNSEL, AND CONSOLIDATING RELATED ACTIONS

Upon consideration of (1) the Motion filed by David R. Raabe, David E. Raabe and Yehuda L. Danon (collectively, the "Enzymotec Investor Group") for appointment as Co-Lead Plaintiffs, approval of their selection of Co-Lead Counsel and consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Lester R. Hooker; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      The Enzymotec Investor Group's Motion is **GRANTED**.

2.      The Enzymotec Investor Group is **APPOINTED** to serve as Co-Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      The ~~Enzymotec Investor Group's selection of Counsel is~~ **APPROVED**, and Saxena White P.A. and Ryan & Maniskas, LLP ~~are~~ _and_ ~~APPOINTED as Co-Lead Counsel for the Class~~ Co-Lead and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ~~is~~ _are_ **APPOINTED** ~~as Liaison~~ Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      The consolidated action shall be captioned "*In re Enzymotec Ltd. Securities Litigation*" and the file shall be maintained under Master File No. 14-cv-05556.

**IT IS SO ORDERED**.

Dated: _____, 2014

_____
FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

2